```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 08-61258-CIV-ZLOCH
```

STEPHEN A. KARAKIS,

      Plaintiff,

                                    **ORDER ENTERING DEFAULT**

vs.

ARK RESTAURANT, INC.,
et al.

      Defendants.
_____/

THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire Court file and is otherwise fully advised in the premises.

The Court notes that on or about August 12, 2008, Plaintiff effected service of process upon Defendants Ark Restaurant, Inc. and J.K.K. Inc. by delivering a copy of the Summons and the Complaint filed herein and that said Defendants have failed to file the appropriate Motion or responsive pleading within the time prescribed by law.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Rule 55 Default be and the same is hereby entered against Defendants Ark Restaurant, Inc. and J.K.K. Inc. Default Final Judgment shall be entered by separate Order of the Court; and

2. By <u>noon</u> on <u>Wednesday, September 10, 2008</u>, Plaintiff shall

submit a Motion For Final Judgment By Default, with supporting Affidavits and Exhibits, together with a proposed Default Final Judgment as to Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___4th___ day of September, 2008.

                                                WILLIAM J. ZLOCH
                                                United States District Judge

Copy furnished:

B. Bradley Weitz, Esq.
Counsel for Plaintiff